UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN RE:                                    CASE NO. 08-30592

    CHRISTOPHER JORDAN
    MELISSA J. JORDAN            CHAPTER 13
    SSN: XXX-XX-5412
    SSN: XXX-XX-7499            JUDGE HUMPHREY

    DEBTORS                     WITHDRAWAL OF MOTION FOR
                                RELIEF FROM STAY

                                (Real Property located at  224 Locust
                                Lane, West Milton, OH 45383 )

---

Now comes Secured Creditor   **U.S. Bank N.A.**, and hereby withdraws its Motion for Relief

from Stay filed herein on  **Real Property located at  224 Locust Lane, West Milton, OH**

**45383.**  Docket 39.                          .


                                 LAURITO & LAURITO LLC

                                 /s/ Erin M. Laurito

                                 _____
                                 Jeffrey V Laurito (0014652)
                                 Erin M. Laurito (0075531)
                                 Attorneys for Secured Creditor
                                 7550 Paragon Road
                                 Dayton, OH 45459
                                 Phone 937-743-4878
                                 Fax 937-743-4877

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the Withdrawal of Motion for Relief from Stay was forwarded by either ECF Noticing or regular US Mail this 20th day of July, 2010 to:


**Christopher Jordan, Debtor**
**224 Locust Lane**
**West Milton, OH 45383**
**(Served via US Mail)**

**Melissa J. Jordan, Debtor**
**224 Locust Lane**
**West Milton, OH 45383**
**(Served via US Mail)**

**Clay L. Woods, Attorney for Debtor**
**1344 Woodman Dr., Suite F**
**Dayton, OH 45432**
**(Served via ECF Noticing)**

**Jeffrey M. Kellner, Trustee**
**131 N Ludlow St., Ste 900**
**Dayton, OH 45402**
**(Served via ECF Noticing)**

**Office of the U S Trustee**
**170 North High Street**
**Suite 200**
**Columbus, OH 43215**
**(Served via ECF Noticing)**


LAURITO & LAURITO LLC

/s/ Erin M. Laurito

_____
Erin M. Laurito (0075531)